1
2
3
4
5
6
7
8
9
10                    **UNITED STATES DISTRICT COURT**
11                  **SOUTHERN DISTRICT OF CALIFORNIA**
12
13   LOREE R. NICHOLS,                    Case No:  09-CV-2405 W (JMA)
14                          Plaintiff,
                                          **ORDER APPROVING**
15        v.                              **SUBSTITUTION OF ATTORNEY**
                                          **(DOC. NO. 8)**
16   GMAC MORTGAGE, et al.,
17                          Defendants.
18
19        Pending before the Court is Plaintiff's request for approval of substitution of
20   attorney.  Plaintiff seeks to proceed pro se.  Good cause appearing, the Court
21   **APPROVES** the substitution.
22        **IT IS SO ORDERED.**
23
24   DATED:  May 3, 2010
25
26                                        Hon. Thomas J. Whelan
27                                        United States District Judge
28